**2014–1645.   DBC Fawn Lake Ltd. Partnership v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–2659. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand the appeal to the Board of Tax Appeals, it is ordered by the court that the cause is remanded to the Board of Tax Appeals to take further action as appropriate.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.